✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:15-CR-00043-001 (MTT) |
| **EDDIE DEWAYNE WHIPPLE** | |

Eddie Dewayne Whipple has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. The U.S. Probation Office is of the opinion that he is no longer in need of supervision. Accordingly, it is recommended the Court grant his Motion for Early Termination of Supervision Release (Doc. 82).

Respectfully submitted,

*Jessica A. Geister*

Jessica A. Geister
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the supervised releasee's Motion for Early Termination of Supervised Release (Doc. 82) and the above report, it is ordered that the supervised releasee's motion is GRANTED and that he be discharged from supervision and proceedings in the case be terminated.

Dated this   12th   day of   September  , 2025.

S/Marc T. Treadwell
MARC T. TREADWELL
U.S. DISTRICT JUDGE